copy

| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Scheindlin, Shira A | 2. Court or Organization S.D.N.Y. | 3. Date of Report 07/11/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge/active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address USDC-SDNY 500 Pearl Street New York, N.Y. 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Justice Resource Center |
| 2. Director | Good Shepherd Services |
| 3. Director | Sedona Conference |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUL 16 P 3: 51 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 8/06 | LexisNexis Publishing Company - - book royalties | $ 3,500 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1-12/06 | State University of New York |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Montana Trial Lawyers Association | Speaker, Big Sky, Montana 1/12/06-1/16/06 Travel, Food, Lodging |
| 2. | American Arbitration Association | Speaker, Ft. Lauderdale, Florida 3/26/06-3/28/06 Travel, Food, Lodging |
| 3. | Association of Corporate Counsel (California Chapter) | Speaker, Los Angeles, California 4/03/06-4/05/06 Travel, Food, Lodging |
| 4. | Georgetown University Law Center | Speaker, Washington, D.C. 4/05/06-4/06/06 Travel, Food, Lodging |
| 5. | Sedona Conference | Speaker, Phoenix, Arizona 5/10/06-5/21/06 Travel, Food, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/11/2007 |

| | | |
|---|---|---|
| 6. | Defense Research Institute | Speaker, Philadelphia, Pennsylvania 5/18/06-5/19/06 Travel, Food, Lodging |
| 7. | Cohasset Associates/ MER ("Managing Electronic Records") | Speaker, Chicago, Illinois 5/23/06-5/24/06 Travel, Food, Lodging |
| 8. | American Law Institute/American Bar Association | Speaker, China. 5/28/06-6/15/06 Travel, Food, Lodging |
| 9. | American Law Institute | Meeting, Philadelphia, Pa. 10/12/06-10/13/06 Travel, Food, Lodging |
| 10. | Business Software Alliance | Speaker, La Jolla, California 10/17/06-10/19/06 Travel, Food, Lodging |
| 11. | American Records Management Association, International | Speaker, San Antonio, Texas 10/20/06-10/23/06 Travel, Food, Lodging |
| 12. | Association of Corporate Counsel | Speaker, San Diego, California 10/23/06-10/24/06 Travel, Food, Lodging |
| 13. | Sedona Conference | Speaker, LaJolla, California 11/01/06-11/03/06 Travel, Food, Lodging |
| 14. | Practicing Law Institute | Speaker, San Francisco, California 11/30/06-12/04/06 Travel, Food, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/11/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Greenpoint Savings Bank | Mortgage on Rental Property #1, Brooklyn, NY | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/11/2007 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Prop. #1, Kings County, NY | F | Rent | P1 | W | | | | | |
| 2. Teachers Insurance Annuity Association | E | Interest | P1 | T | | | | | |
| 3. AXA Financial | A | Dividend | J | T | | | | | |
| 4. Wachovia Bank Deposit Sweep | A | Dividend | J | T | | | | | |
| 5. Bank Hapoalim | A | Interest | | | redemption | 4/17 | J | | |
| 6. IRA #1 | D | Dividend | M | T | | | | | |
| 7. IRA Sentinel Cap Inc Markets Class B | | | | | | | | | |
| 8. IRA Sentinal Cap Op. Class B | | | | | | | | | |
| 9. IRA Sentinel MidCap Growth Class B | | | | | | | | | |
| 10. IRA Sentinel High Yield Bond Class B | | | | | | | | | |
| 11. IRA Sentinel Intl Equity Class B | | | | | | | | | |
| 12. IRA Sentinel Small Company B | | | | | | | | | |
| 13. IRA Sentinel Common Stock Class B | | | | | | | | | |
| 14. IRA Sentinel Gov't. Securities Cl A | | | | | | | | | |
| 15. Intel | A | Dividend | J | T | | | | | |
| 16. College Retirement Equities Fund | | None | P1 | T | | | | | |
| 17. Supplemental and Group Retirement | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/11/2007 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Annuities | | | | | | | | | |
| 18. Vanguard Int'l Mutual Fund | A | Dividend | J | T | | | | | |
| 19. Pfizer | C | Dividend | M | T | | | | | |
| 20. IBM Common Stock | A | Dividend | J | T | | | | | |
| 21. Brooklyn Federal S & L | A | Interest | J | T | | | | | |
| 22. Brookyn Federal S & L | A | Interest | J | T | | | | | |
| 23. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 24. Chase Manhattan Bank | A | Interest | K | T | | | | | |
| 25. Chase Manhattan Bank | A | Interest | K | T | | | | | |
| 26. Chase Manhattan Bank | B | Interest | L | T | | | | | |
| 27. Chase Manhattan Bank | A | Interest | K | T | | | | | |
| 28. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 29. NYC G/O-Series G RFDG | A | Interest | | | redemption | 2/1 | J | A | |
| 30. NYC Bond series H | A | Interest | J | T | | | | | |
| 31. NYC Bond Series H | A | Interest | J | T | | | | | |
| 32. NYS Local Gov't Assist. Corp. Series C | B | Interest | K | T | | | | | |
| 33. Fidelity Advantage Small Cap. | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. Fidelity Advantage Mid Cap | A | Dividend | K | T | | | | | |
| 35. IRA ACCOUNT #2 | D | Dividend | L | T | | | | | |
| 36. IRA Gartmore GVIT Equity 500 | | | | | | | | | |
| 37. IRA Fidelity VIP Contrafund (formerly Fidelity Mgt & Res) | | | | | | | | | |
| 38. IRA DreyfusGrowth & Income (formerly The Dreyfus Corp.) | | | | | | | | | |
| 39. IRA DWS Variable Series One (formerly Scudder Kemper) | | | | | | | | | |
| 40. Rochester Municipal Class A | D | Dividend | M | T | | | | | |
| 41. Brokerage Account #1 | | | | | | | | | |
| 42. Excelsior NY Tax Exempt Money Fund | D | Dividend | M | T | | | | | |
| 43. Black Rock FDS INTL BD | B | Dividend | K | T | sell | 7/25 | K | A | |
| 44. Excelsior High Yield Fund | C | Interest | K | T | sell | 7/25 | K | A | |
| 45. Excelsior Int Term Tax Exempt Fund | C | Distribution | M | T | buy | 7/25 | K | | |
| 46. Excelsior Int Term Tax Exempt Fund | A | Interest | M | T | | | | | |
| 47. Excelsior Large Cap Growth Fund | | None | M | T | buy | 1/20 | K | | |
| 48. Excelsior Large Cap Growth Fund | | None | M | T | buy | 7/25 | K | | |
| 49. Excelsior Value and Restructuring | B | Dividend | M | T | buy | 1/20 | J | | |
| 50. Excelsior Value and Restructuring Fund | B | Dividend | M | T | buy | 7/25 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. Kalmar Growth Small Cap Fund | B | Distribution | K | T | buy | 7/25 | J | | |
| 52. Pimco Commodity Strategy Fund | A | Distribution | | | sell | 7/25 | K | A | |
| 53. Pimco Commodity Strategy Fund | A | Interest | | | sell | 12/12 | | | |
| 54. Royce Opportunity Fund | B | Distribution | K | T | sell | 7/25 | J | A | |
| 55. Westcore Growth | | None | | | sell | 4/20 | L | D | |
| 56. Excelsior Pacific Asia Fund | A | Distribution | K | T | sell | 7/25 | J | A | |
| 57. Glennmede Int'l Fund | A | Dividend | | | sell | 7/25 | L | D | |
| 58. Lazard Emerging Mkts | B | Dividend | K | T | sell | 7/25 | J | A | |
| 59. Lazard Emerging Mkts | A | Distribution | K | T | | | | | |
| 60. Excelsior Energy | A | Dividend | | | buy | 2/7 | L | | |
| 61. Excelsior Energy | A | Dividend | | | sell | 7/25 | K | A | |
| 62. Excelsio Energy | A | Dividend | | | sell | 12/12 | K | A | |
| 63. Directional Hedge Fund of Funds | | None | M | T | buy | 1/2 | M | | |
| 64. Sector SPDR (formerly Ben Int'l Energy) | | None | | | sell | 2/6 | L | D | |
| 65. Julius Baer Inv. Fund | A | Dividend | L | T | buy | 7/25 | L | | |
| 66. Julius Baer Inv. Fund | A | Distribution | L | T | | | | | |
| 67. John Hancock Classic Value | A | Dividend | L | T | buy | 7/25 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. John Hancock Class Value | B | Distribution | L | T | | | | | |
| 69. U.S. Treasury Security* | A | Interest | | | redeemed | 5/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/11/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII 1. 4.  This is just a sweep account for cash that accumulates in a brokerage account.

Part VII 1. 42.  This is just a sweep account for cash that accumulates in a brokerage account.

Part VII 1. 69.      This U.S. Treasury Security was purchased on Nov. 10, 2005 with funds from the sale of Microsoft stock (which was reported in the 2005 Report).  I failed to report this purchase.  As you can see, the U.S. Treasury Security was sold six months later on May 11, 2006.



## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

